1  SEAN PAISAN (SBN 227727)
   Sean.Paisan@jackson.lewis.com
2  JACKSON LEWIS, P.C.
   200 Spectrum Center Drive
3  Suite 500
   Irvine, CA 92618
4  Telephone: 949.885.1360
   Facsimilie: 949.885.1380
5
   Bruce J. Boehm (SBN 186715)
6  Bruce.Boehm@crengland.com
   Associate General Counsel, C.R. England, Inc.
7  4701 W. 2100 S.
   Salt Lake City, UT 84120
8  Telephone: 801.977.5745
   Facsimile:  385.318.2834
9
   Attorneys for Defendant
10 C.R. ENGLAND, INC.

11

12 **UNITED STATES DISTRICT COURT**

13 **CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  MATTIE NORWOOD, an individual; | Case No:  5:24-cv-00508 |
| 16        Plaintiff, | |
| 17        vs. | **CERTIFICATE OF SERVICE** |
| 18  C.R. ENGLAND, INC., a corporate entity form unknown; and DOES 1 through 50, inclusive, | Action Filed: November 13, 2023<br>Complaint Served: February 7, 2024<br>Removal Date: March 7, 2024<br>Trial Date: None Set |
| 19 | |
| 20        Defendants. | |

- 1 -

CERTIFICATE OF SERVICE

## PROOF OF SERVICE

The undersigned declares:

    I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is c/o JACKSON LEWIS, P.C., 200 Spectrum Center Drive, Suite 500, Irvine, CA 92618.

    On March 7, 2024, I served the foregoing document(s) described as:

**[1] DEFENDANT C.R. ENGLAND, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION**
**[1-1] COPY OF STATE COURT SUMMONS AND COMPLAINT**
**[1-2] COPY OF SERVICE OF PROCESS**
**[1-3] COPY OF STATE COURT CIVIL COVER SHEET**
**[1-4] COPY OF STATE COURT CERTIFICATE OF ASSIGNMENT**
**[1-5] COPY OF STATE COURT NOTICE OF TRIAL SETTING**
**[1-6] PLAINTIFF'S STATEMENT OF PUNITIVE DAMAGES**
**[2] CIVIL CASE COVER SHEET**
**[3] DECLARATION OF BRUCE BOEHM IN SUPPORT OF NOTICE OF REMOVAL**
**[4] DECLARATION OF JESSICA HALE IN SUPPORT OF NOTICE OF REMOVAL**
**[4-1] EXHIBIT 1 TO HALE DECLARATION**
**[5] DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**
**[6] DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

to be served on all interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

[x]   **MAIL**: by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Irvine, California addressed as set forth herein.

[x]   **FEDERAL** - I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a

2
CERTIFICATE OF SERVICE

member of the bar of this Court at whose direction the service was made.

Executed on **March 7, 2024**, at Irvine, California.

_____
Derek Sutter

# SERVICE LIST

Jihad M. Smaili  *Attorneys for Plaintiff*
SMAILI & ASSOCIATES, PC  Mattie Norwood
2114 N. Broadway, Suite 200
Santa Ana, CA 92706
Telephone: 714-547-4700
Facsimile:  714-547-4710

4853-8150-3147, v. 1